1  ERIC GRANT
   United States Attorney
2  MATHEW W. PILE
   Head of Program Litigation 1
3  MARGARET BRANICK-ABILLA, CSBN 223600
4  Special Assistant United States Attorney
   Program Litigation 1
5  Law & Policy
   Social Security Administration
6  6401 Security Boulevard
   Baltimore, MD 21235
7  Telephone: (510) 970-4809
8  Email: Margaret.Branick-Abilla@ssa.gov

9  Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| RACHEL ANNETTE GIANNONE,            | Civil No. 2:25-cv-1554-JDP                                                                                 |
|-------------------------------------|------------------------------------------------------------------------------------------------------------|
| Plaintiff,                          |                                                                                                            |
| vs.                                 | STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g); [PROPOSED] ORDER |
| COMMISSIONER OF SOCIAL SECURITY,    |                                                                                                            |
| Defendant.                          |                                                                                                            |

   IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, with the approval of the Court, that this action be remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

   On remand, the Commissioner will offer Plaintiff the opportunity for a hearing, take further action to develop the administrative record, as necessary, and issue a new decision.

///

///

///

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.  Plaintiff's motion for summary judgment, ECF No. 13, is DENIED as moot.

Respectfully submitted,

Dated: September 8, 2025                    LAW OFFICES OF FRANCESCO BENAVIDES

By: */s/ Paul Sachelari*  
PAUL SACHELARI  
Attorneys for Plaintiff  
[*As authorized by e-mail on Sept. 8, 2025]

Dated: September 10, 2025                   ERIC GRANT  
United States Attorney  
MATHEW W. PILE  
Head of Program Litigation 1

By:      */s/ Margaret Branick-Abilla*  
MARGARET BRANICK-ABILLA  
Special Assistant United States Attorney  
Attorneys for Defendant

## **ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

IT IS SO ORDERED.

Dated:    September 10, 2025                  _____  
JEREMY D. PETERSON  
UNITED STATES MAGISTRATE JUDGE